LAKIM INDUSTRIES, INC., (doing business as Quali–Tech Manufacturing Company), Plaintiff–Appellant,

v.

LINZER PRODUCTS CORPORATION, Defendant–Appellee.

Nos. 2013–1225, 2013–1375.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2014.

Robert Berliner, Berliner & Associates, of Los Angeles, CA, argued for plaintiff-

appellant. With him on the brief was Sarah Silbert.

Jeffrey A. Lindenbaum, Collen IP Intellectual Property Law, P.C., of Ossining, New York, argued for defendant-appellee.

DYK, PROST, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**